AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

ELSIE I. LYBECKER, a single woman,

|  |  |
|---|---|
| _____ )<br>*Plaintiff* )<br>v. )<br>UNION PACIFIC CORPORATION, )<br> )<br> )<br>_____ )<br>*Defendant* | Civil Action No.  CV-13-231-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❐  other:




This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Lonny R. Suko_____ on a motion for

   Summary Judgment filed by Defendant's Union Pacific is GRANTED. Plaintiff's motion for Summary Judgment is DENIED.
   File closed.



Date:  January 12, 2015_____                    *CLERK OF COURT*

                                                  SEAN F. McAVOY
                                                  _____

                                                  s/ Cheryl Cambensy
                                                  _____
                                                           *(By) Deputy Clerk*

                                                  Cheryl Cambensy
                                                  _____